

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN PROCEEDINGS:
18-48148

DEBTOR(S):
Danielle Diggs

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $522.08

CREDITOR'S SIGNATURE:
/s/ David Lamb

CREDITOR NAME & ADDRESS:
LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

DATE:
7/31/2018