UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                 Case No. 18-48148-PJS

DANIELLE N. DIGGS,                      Chapter 13
           Debtor(s).                           Honorable Phillip J. Shefferly
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                  William C. Babut
      US Bankruptcy Court             William C. Babut, PC
      211 W. Fort St.                     700 Towner St
      Ste. 2100                            Ypsilanti, MI 48198
      Detroit, MI 48226

                                      David Wm Ruskin
                                      26555 Evergreen Rd. Ste 1100
                                      Southfield, MI 48076

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Heather L. Donald, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                 BILL SCHUETTE
                                               Attorney General

                                              /s/ Heather L. Donald
                                              Heather L. Donald (P57351)
                                              Assistant Attorney General
                                              Cadillac Place, Ste. 10-200
                                              3030 W. Grand Blvd.
                                              Detroit, MI 48202
                                              Telephone: (313) 456-0140
                                              E-Mail: donaldh@michigan.gov

Dated: November 05, 2018