**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

In the Matter of:

Danielle N. Diggs,                                Chapter 13
P.O. Box 952                                      Case No.  18-48148
Belleville, MI 48112                              Judge Phillip J. Shefferly
xxx-xx-2894

Debtor(s).

_____/

## DEBTOR'S OBJECTION TO CLAIM #12-1 OF MICHIGAN DEPARTMENT OF TREASURY

Debtor objects to the Proof of Claim filed by Creditor Michigan Department of

Treasury, Pacer Claim # 12-1. In support, Debtor states:

**Factual Information:**

1.      Creditor filed a Proof of Claim on or about October 25, 2018.

2.      The Claim relates to sales tax and income tax debts owed by debtor to the

State of Michigan

3.      The Claim asserts the total amount owed is $14,453.95 [Question 7].

**Objection(s):**

4.      In support of the alleged claim, Creditor provides two sworn statements

breaking down the claim into amounts for actual tax deficiency, penalty and interest.

The Claim further indicates that the income tax deficiencies are "estimated based on

the best information available since actual returns have not been filed. This claim will

be adjusted when actual returns are filed."

5.    Tax returns for the years in question were filed by the Debtor the first week of February 2019 but the State's Claim has not been adjusted accordingly.

6.    Debtor does not dispute that she may owe some or all of debt asserted, but the State's failure to adjust the Claim within a reasonable period of time after the filing of the returns is inappropriately holding up confirmation of Debtor's Chapter 13 Plan.

7.    WHEREFOR Debtor asks the Court to disallow the Claim.


Dated: April 3, 2019

Respectfully Submitted,


/s/ William C. Babut
William C. Babut (P41099)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI  48197
734-485-7000
wbabut@babutlaw.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

Danielle N. Diggs,                            Chapter 13
P.O. Box 952                                  Case No.  18-48148
Belleville, MI 48112                          Judge Phillip J. Shefferly
xxx-xx-2894

        Debtor(s).

_____/

## <u>NOTICE OF OBJECTION TO CLAIM</u>

        Debtor has filed papers with the Court objecting to the Proof of Claim filed by
Michigan Department of Treasury (hereinafter "the Creditor"), Pacer Claim # 12-1.

        <u>**Your rights may be affected.**</u>  **You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case.  (If you
do not have an attorney, you may wish to consult one.)**

        If you do not want the court to deny or change your Proof of Claim, then on or
before **(SEVEN DAYS PRIOR TO HEARING)**, you or your attorney must:

1.  File with the court a written response or an answer, explaining your position at:

                        United States Bankruptcy Court
                        211 W. Fort Street, Suite 2100
                        Detroit, MI  48226-3211

        If you mail your response to the court for filing, you must mail it early enough so
the court will **receive** it on or before the date stated above.

        You must also mail a copy to:

William C. Babut                              David Ruskin
Babut Law Offices, P.L.L.C.                   Chapter 13 Trustee
700 Towner Street                             26555 Evergreen Road
Ypsilanti, MI  48198                          Southfield, MI 48076


U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, MI  48226-3211

2.   Attend the hearing on the objection, scheduled to be held on May 21, 2019 at 09:00 AM in JUDGE PHILLIP J. SHEFFERLY'S COURTROOM 1975, 211 W. FORT STREET, DETROIT, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  April 3, 2019

Attorney     **/s/ William C. Babut**

—————————————————————————
     **William C. Babut P41099**
     **Babut Law Offices, P.L.L.C.**
     **700 Towner Street**
     **Ypsilanti, MI 48198**
     **(734) 485-7000**
     **wbabut@babutlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

Danielle N. Diggs,                          Chapter 13
P.O. Box 952                                Case No.  18-48148
Belleville, MI 48112                        Judge Phillip J. Shefferly
xxx-xx-2894

     Debtor(s).

_____/

### ORDER DISALLOWING THE PROOF OF CLAIM FILED
### BY MICHIGAN DEPARTMENT OF TREASURY (CLAIM #12-1)

     Debtor having filed an Objection to the Proof of Claim filed by Michigan
Department of Treasury; no response having been filed; the Court being otherwise fully
advised; and it appearing that no parties of interest will be prejudiced by the relief
granted herein:

     IT IS HEREBY ORDERED that Claim 12-1 of Michigan Department of Treasury
is disallowed.

Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| Danielle N. Diggs, | Chapter 13 |
| P.O. Box 952 | Case No. 18-48148 |
| Belleville, MI 48112 | Judge Phillip J. Shefferly |
| xxx-xx-2894 | |

Debtor(s).

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, a copy of  DEBTOR'S OBJECTION TO CLAIM #12-1 OF MICHIGAN DEPARTMENT OF TREASURY,Exhibit A, and a Notice of Objection to Claim  were served electronically or by regular United States mail to the US Trustee, the Chapter 13 Trustee and all creditors listed below.

Michigan Department of Treasury
Bankruptcy Unit, P.O. Box 30168
Lansing, MI 48909

**/s/ William C. Babut**
WILLIAM C. BABUT (P41099)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 Fax:(734) 485-6251
wbabut@babutlaw.com