# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN RE:**

Danielle N. Diggs,

                                    DEBTOR.

_____/

CHAPTER 13
CASE NO. 18-48148-PJS
JUDGE PHILLIP J. SHEFFERLY

## ORDER ADJOURNING HEARING

This matter having come on for hearing on _____4/9/2019_____, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐ Motion to Dismiss Case                                                   ☒ Confirmation of Plan
☐ Motion for Loan Modification                                  ☐ Plan Modification
☐ Motion for Relief from Stay as to creditor: _____      ☐ Other: _____
☐ Objection to Proof of Claim of creditor: _____

    The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to 6/4/2019 at 9:00 A.M.
☐ Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's records on or before _____

☐ Debtor(s) shall file and serve _____ on or before _____

☐ Debtor(s) shall provide _____ to the Trustee on or before _____

☐ Other:

**Signed on April 11, 2019**

/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge