UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

DANIELLE N. DIGGS,

    Debtor.
_____/

Case No. 18-48148
Chapter 13
Hon. Phillip J. Shefferly

Heather L. Donald (P57351)
Attorney for Respondent
Michigan Department of Attorney General
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140
(313) 456-0141-Fax

William C. Babut (P41099)
Babut Law Offices, PLLC
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000

_____/

## MICHIGAN DEPARTMENT OF TREASURY'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 12

**NOW COMES** the State of Michigan, Department of Treasury (Treasury), by and through its attorneys, Dana Nessel, Attorney General, and Heather L. Donald, Assistant Attorney General, and Respond to the Debtor's Objection to Treasury's Claim Number 12 as follows:

1. Treasury admits the averments contained in paragraph number 1 of the Debtor's objection to Treasury's claims.

2. Treasury admits the averments contained in paragraph number 2 of the Debtor's objection to Treasury's claims.

3. Treasury admits the averments contained in paragraph number 3 of the Debtor's objection to Treasury's claims. Treasury further answers that its claim is comprised of Priority claim in the amount of $7,524.34 and a General Unsecured claim for $6,926.61.

4. Treasury admits the averments contained in paragraph number 4 of the Debtor's objection to Treasury's claims.

5. Treasury denies the averments contained in paragraph number 5 of the Debtor's objection to Treasury's claims. Treasury has not received copies of the Debtor's 2015-2017 Individual Income tax returns. Additionally, Treasury has not received copies of the Debtor's 2015 and 2016 Michigan Sales tax returns. Treasury further answers that for Treasury to amend and or withdraw its claims, the Debtor must file all outstanding tax returns, along with W2 forms and all supporting documentation. All returns may be submitted to Treasury's legal counsel. Assistant Attorney General Heather L. Donald, via email or first class mail.

6. Treasury neither admits nor denies the averments contained in paragraph 6 of the Debtor's objection to Treasury's claims and leave the Debtor to his proofs.

**WHEREFORE**, the State of Michigan Department of Treasury requests that its proofs of claim be allowed unless and until an amended claim is filed.

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ Heather L. Donald
Heather L. Donald (P57351)
Assistant Attorney General
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
(313) 456-0140

Dated: April 18, 2019